# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Norman R. | United States Court of Appeals for the Ninth Circuit | 04/24/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

801 East Sherman
Pocatello, Idaho 83201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty Member | Idaho State University College of Business |
| 2. | Member of College of Business Advisory Board | Idaho State University |
| 3. | Member of Department of Paralegal Studies Advisory Board | Idaho State University |
| 4. | Emeritus Member of College of Law Advisory Council | University of Idaho College of Law |
| 5. | Member of Planning Committee | Idaho State Tax Institute |
| 6. | Treasurer/Chair-Elect/Member of Board of Directors | Appellate Judges Education Institute |
| 7. | Chair/Member of Executive Committee | Appellate Judges Conference of the American Bar Association |
| 8. | Chair | American Bar Association Judicial Division Ethics and Professionalism Committee |
| 9. | Member | American Bar Association Judicial Division Council |
| 10. | Member of Quadrennial Conference Committee | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | State of Idaho Retirement, no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 04/24/2014 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 04/24/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Idaho State University, wages | $20,000.00 |
| 2. 2013 | State of Idaho, retirement | $56,248.68 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Idaho Public Employees Retirement System, retirement |
| 2. 2013 | Utah State Retirement Fund, retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southern Methodist University | January 15-17, 2013 | Dallas, Texas | Planning of Appellate Judges Educational Institute Summit/Judicial panel | Transportation, meals, lodging |
| 2. | Appellate Judges Conference of the American Bar Association | February 8-10, 2013 | Dallas, Texas | American Bar Association Mid Year Meeting/Board Meetings | Transportation, meals, lodging |
| 3. | Idaho State Bar Association | February 28, 2013 to March 2, 2013 | Boise, Idaho | Bar Association Trial Skills Academy Speaker | Transportation, meals, lodging |
| 4. | Oregon State Bar Association | April 11-13, 2013 | Vancouver, Washington | 26th Annual Northwest Bankruptcy Institute Speaker | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Smith, Norman R.** | 04/24/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | Appellate Judges Conference of the American Bar Association | April 24-28, 2013 | Washington, D.C. | American Bar Association Judicial Division Spring Planning Meeting | Transportation, meals, lodging |
| 6. | Idaho Law Foundation | September 10, 2013 | Boise, Idaho | Idaho Fourth District Citizens Law Academy Speaker | Transportation, meals, lodging |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, Norman R.** | 04/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 04/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Checking Account | A | Interest | K | T | | | | | |
| 2. SEI-US Employees Credit Union (account) | A | Interest | M | T | | | | | |
| 3. PERSI Choice 401(k) Plan | A | Interest | J | T | | | | | |
| 4. Principal Life Insurance - Universal Life Policy | A | Interest | J | T | | | | | |
| 5. Principal Life Insurance - Universal Life Policy | C | Interest | K | T | | | | | |
| 6. Trust #1 - Real Estate - Layton Utah | D | Rent | P2 | W | | | | | |
| 7. Ing USA Annuity and Life Insurance Company Fund | D | Interest | M | T | | | | | |
| 8. Allianz Life Insurance Co. Annuity | D | Interest | M | T | | | | | |
| 9. Wells Fargo Bank, N.A. Checking Account | A | Interest | K | T | | | | | |
| 10. American General Life Insurance Co LLC Fund | E | Distribution | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 04/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Norman R. | 04/24/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman R. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544